# In the United States Court of Federal Claims

No. 18-365
Filed: April 19, 2021

**LEON LANDA,**

    *Plaintiff*,

**v.**

**UNITED STATES,**

    *Defendant*.

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the defendant's motion for summary judgment is **GRANTED**.

The Clerk is **DIRECTED** to enter judgment for the defendant and close the case.

No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**